UNITED STATES DISTRICT COURT   FILED BY_____D.C.
SOUTHERN DISTRICT OF FLORIDA

00 FEB -8 PM 12: 37

MIAMI DIVISION
CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

CLARENCE HADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

CHARLES BROTSTEIN, REGINA KULA,
individually, and JOSEPH KULA, as the
spouse of REGINA KULA,

     Plaintiffs,

v.

TOWER AIR, INC.

     Defendant.

_____/

## REMOVAL STATUS REPORT

Pursuant to this Court's January 31, 2000 Order, Defendant, TOWER AIR, INC. (hereinafter

"TOWER AIR"), as the removing party, serves the following Removal Status Report:

1.     **Statement of the Nature of the Claim**: Plaintiffs filed this action for injuries

allegedly sustained when they were passengers on a flight operated by Defendant, TOWER AIR,

between Miami International Airport and New York's John F. Kennedy Airport. Plaintiffs allege to

be suffering from "severe bodily injury, pain and suffering, disability, disfigurement, loss of capacity

for the enjoyment of life, incurred medical expenses and the treatment and care of these injuries, loss

of earnings and permanent diminution of working ability and loss of ability to earn money in the

future". Plaintiffs have admitted through Request for Admissions that they are seeking more than

$75,000.00 for each Plaintiff, Charles Brotstein and Plaintiffs, Regina and Joseph Kula. *See*, copies

of Request for Admissions and Plaintiffs' Answers collectively attached hereto as Exhibit "A".

No counter-claim, cross-claim or third party claim has been filed to date.

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

2.    **Statement of the Grounds for Removal**: The matter was removed pursuant to 28

U.S.C. §§ 1332(a)(1) and 1441(b) based on diversity of citizenship with the amount in controversy

exceeding the sum of $75,000.00, exclusive of interest and costs. Plaintiffs are residents and citizens

of Broward County, Florida. Defendant, TOWER AIR, is incorporated under the laws of and with

its principal of business in New York.

The parties to this action are: Plaintiff, Charles Brotstein; Plaintiff, Regina Kula; Plaintiff,

Joseph Kula; and Defendant, TOWER AIR.

3.    **Join or Consent to Removal**: The party who removed this case to federal court is

TOWER AIR, the only named defendant.

4.    **Timing of Removal**: The removal was done within thirty (30) days of receipt of

Plaintiffs' responses to the Request for Admissions indicating that Plaintiffs are seeking more than

$75,000.00 in damages in this case. [1]

Copies of all process, pleadings, attachments and orders filed in the state court action, to the

best knowledge and belief of Defendant, TOWER AIR, was attached as Composite Exhibit "A" to

the Notice of Removal filed with this Court on January 26, 2000.

---

[1] Defendant attempted to remove this case on December 16, 1999; however, by Order dated January 5, 2000 United States District Judge Joan A. Lenard held that the court lacked subject matter jurisdiction as there was no evidence that the amount in controversy exceeded $75,000.00 and accordingly, remanded the case. *See* Order Remanding Case, Case No. 99-7645-CIV-Leonard/Turnoff, a copy attached hereto as Exhibit "A". Successive removals are permitted under 28 U.S.C. § 1446(b). *See O'Bryan v. Chandler*, 356 F. Supp. 714 (D.C. Okl. 1973), *affirmed* 496 F.2d 403, *cert. denied* 419 U.S. 986, *rehearing denied* 420 U.S. 913.

2

CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S.

mail this __8th__ day of February, 2000 to: Neil M. Gonzalez, Esq., Bernstein & Maryanoff, P.A., 8125

S.W. 120th Street, Miami, Florida 33156.

Christopher Carlsen, Esq.
CONDON & FORSYTH
Attorneys for Defendant
685 Third Avenue
Fourteenth Floor
New York, New York 10017
Tel.: (212) 490-9100

-and-

THORNTON, DAVIS & MURRAY, P. A.
Attorneys for Defendant
Suite 2900 - Brickell Bay View Centre
80 S.W. 8th Street
Miami, Florida 33130
Tel: (305) 446-2646
Fax: (305) 441-2374

By: _____
        ANA MARIA MARIN
        Florida Bar No. 823007
        MANUEL A. GURDIAN
        Florida Bar No. 162825

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: 99-19744 CACE 21

CHARLES BROTSTEIN, REGINA KULA,
individually, and JOSEPH KULA, as the
spouse of REGINA KULA,

     Plaintiffs,

v.

TOWER AIR, INC.

     Defendant.

_____/

ATTACHMENT / EXHIBIT A

## DEFENDANT, TOWER AIR, INC.'S
## REQUEST FOR ADMISSIONS

Defendant, TOWER AIR, INC., by and through undersigned counsel, pursuant to Rule 1.370

of the Florida Rules of Civil Procedure, hereby requests Plaintiffs, Charles Brotstein, Regina Kula,

individually, and Joseph Kula, as the spouse of Regina Kula, to admit or deny the following requests

in accordance with the Florida Rules of Civil Procedure.

1.    Admit that Plaintiff, Charles Brotstein, is seeking damages against Defendant in this

case in excess of $75,000.00.

2.    Admit that Plaintiffs, Regina Kula and Joseph Kula, are seeking damages against

Defendant in this case in excess of $75,000.00.

3.    Admit that on August 12, 1998, Plaintiff, Charles Brotstein was a resident of Broward

County, Florida.

CASE NO.: 99-19744 CACE 21

4.       Admit that on August 12, 1998, Plaintiff, Charles Brotstein was a citizen of the State

of Florida.

5.       Admit that on August 12, 1998, Plaintiffs, Regina Kula and Joseph Kula, were

residents of Broward County, Florida.

6.       Admit that on August 12, 1998, Plaintiffs, Regina Kula and Joseph Kula, were

citizens of the State of Florida.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this ___9th__ day of December, 1999 to: Neil M. Gonzalez, Esq., Bernstein & Maryanoff, P.A., 8125 S.W. 120th Street, Miami, Florida 33156.

Christopher Carlsen, Esq.
CONDON & FORSYTH
Attorneys for Defendant
685 Third Avenue
Fourteenth Floor
New York, New York 10017
Tel.: (212) 490-9100

-and-

THORNTON, DAVIS & MURRAY, P. A.
Attorneys for Defendant
80 S.W. 8th Street, Suite 2900
Miami, Florida 33130
Tel: (305) 446-2646/Fax: (305) 441-2374

By: _____
ANA MARIA MARIN
Florida Bar No. 823007
MANUEL A. GURDIAN
Florida Bar No. 162825

2

--UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 99-7645-CIV-LENARD/TURNOFF

CHARLES BROTSTEIN, REGINA KULA,
individually, and JOSEPH KULA, as the
spouse of REGINA KULA,

       Plaintiffs,

vs.

TOWER AIR, INC.,

       Defendant.

_____/

## PLAINTIFFS' ANSWERS TO DEFENDANT'S
## REQUEST FOR ADMISSIONS

Plaintiffs, CHARLES BROTSTEIN, REGINA KULA individually, and JOSEPH

KULA, as the spouse of REGINA KULA, by and through the undersigned attorney, hereby

files this Answer to Defendant's Request For Admissions propounded on December 9, 1999,

as follows:

1.     Admitted.

2.     Admitted.

3.     Admitted.

4.     Admitted.

5.     Admitted.

6.    Admitted.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed

this __29__ day of December 1999, to: Christopher Carlsen, Esq., 685 Third Avenue, 14th

Floor, New York, NY 19917 and Ana Maria Marin, Esq., Suite 2900-Brickell Bay View

Centre, 80 SW 8th Street, Miami, FL 33130.

BERNSTEIN AND MARYANOFF, P.A.s
Attorneys for Plaintiff
8125 SW 120th Street
Miami, FL 33156
(305) 253-1000
(305) 235-9191

NEIL M. GONZALEZ, ESQ.