UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

CHARLES BROTSTEIN, REGINA KULA,
individually, and JOSEPH KULA, as the
spouse of REGINA KULA,

    Plaintiffs,

v.

TOWER AIR, INC.

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' FIRST REQUEST
FOR PRODUCTION AND INTERROGATORIES**

Defendant, TOWER AIR, INC. (hereinafter collectively referred to as "Defendant"), hereby move this Court for entry of an Order granting an extension of time within which to respond to the First Request for Production and First Set of Interrogatories, served by Plaintiffs, CHARLES BROTSTEIN, REGINA KULA, individually, and JOSEPH KULA, as the spouse of REGINA KULA, and states:

    1.    On December 20, 1999, Defendant was served with Plaintiffs' First Request for Production and First Set of Interrogatories while this action was pending in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.

    2.    Pursuant to the Florida Rules of Civil Procedure responses to Plaintiffs' First Request for Production and First Set of Interrogatories were due to be served on January 24, 2000.

CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

3. On January 21, 2000 Defendant obtained an informal extension from Plaintiffs up to and including February 23, 2000 to file responses to the First Request for Production and First Set of Interrogatories.

4. On January 26, 2000, Defendant filed a Notice of Removal removing this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida to the Southern District of Florida.

5. Due to the lengthy nature of the discovery propounded, Defendant requires an additional thirty (30) day extension to prepare adequate responses to same, through March 24, 2000.

6. An Order granting the requested extension of time will not prejudice any of the parties to this action.

7. The undersigned has been advised by Plaintiffs' counsel, Neil Gonzalez, Esq., that he has no objection to the requested extension of time.

WHEREFORE, Defendant, TOWER AIR, INC., respectfully request this Court to grant this Motion and to enter the proposed Order attached hereto as Exhibit "1".

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 23rd day of February, 2000 to: Neil M. Gonzalez, Esq., Bernstein & Maryanoff, P.A., 8125 S.W. 120th Street, Miami, Florida 33156.

        Christopher Carlsen, Esq.
        CONDON & FORSYTH
        Attorneys for Defendant
        685 Third Avenue
        Fourteenth Floor
        New York, New York 10017
        Tel.: (212) 490-9100

        -and-

        THORNTON, DAVIS & MURRAY, P. A.
        Attorneys for Defendant
        Suite 2900 - Brickell Bay View Centre
        80 S.W. 8th Street
        Miami, Florida 33130
        Tel: (305) 446-2646
        Fax: (305) 441-2374

By: _____
        ANA MARIA MARIN
        Florida Bar No. 823007
        MANUEL A. GURDIAN
        Florida Bar No. 162825

H:\Library\51647\plead\EXTENSION MOT.wpd

3

THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646