UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

CHARLES BROTSTEIN, REGINA KULA, individually, and JOSEPH KULA, as the spouse of REGINA KULA,

    Plaintiffs,

v.

TOWER AIR, INC.

    Defendant.
_____/



FILED by ___ D.C.
FEB 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION AND INTERROGATORIES

**THIS CAUSE** is before the Court on Defendant, TOWER AIR, INC.'s, Unopposed Motion for Extension of Time to Respond to Plaintiffs' First Request for Production and Interrogatories. Having considered the motion and pertinent portions of the record, and being advised that Plaintiffs do not oppose the motion, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Defendant shall serve its responses to Plaintiffs' First Request for Production and Interrogatories by March 24, 2000.

**DONE and ORDERED** in Chambers at Miami, Florida, this 28th day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: Ana Maria Marin, Esq.
    Neil Gonzalez, Esq.