UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF



CHARLES BROTSTEIN, REGINA KULA,
individually, and JOSEPH KULA, as the
spouse of REGINA KULA,

    Plaintiffs,

v.

TOWER AIR, INC.

    Defendant.
_____/

### DEFENDANT, TOWER AIR, INC.'S
### NOTICE OF FILING

Defendant, TOWER AIR, INC., by and through undersigned counsel, hereby gives Notice of filing a copy of its Petition under Chapter 11 of the Bankruptcy Code filed with the United States Bankruptcy Court, District of Delaware.



THORNTON, DAVIS & MURRAY, P.A., ATTORNEYS AT LAW
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this __14th__ day of March, 2000 to: Neil M. Gonzalez, Esq., Bernstein & Maryanoff, P.A., 8125 S.W. 120th Street, Miami, Florida 33156.

Christopher Carlsen, Esq.
CONDON & FORSYTH
Attorneys for Defendant
685 Third Avenue
Fourteenth Floor
New York, New York 10017
Tel.: (212) 490-9100

-and-

THORNTON, DAVIS & MURRAY, P. A.
Attorneys for Defendant
Suite 2900 - Brickell Bay View Centre
80 S.W. 8th Street
Miami, Florida 33130
Tel: (305) 446-2646
Fax: (305) 441-2374

By: _____
ANA MARIA MARIN
Florida Bar No. 823007
MANUEL A. GURDIAN
Florida Bar No. 162825

H:\Library\51647\plead\notice fil03.wpd

2

Thornton, Davis & Murray, P.A., attorneys at law
BRICKELL BAY VIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 446-2646

# VOLUNTARY PETITION

00-1280

**United States Bankruptcy Court**
**District of Delaware**

VOLUNTARY PETITION

| Name of Debtor (If Individual, enter Last, First, Middle): **TOWER AIR, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by Debtor in the last 6 years (include married, maiden, and trade names): None | All Other Names used by Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): 11-2621044 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): Hangar No. 17, J.F.K. International Airport, Jamaica, NY 11430 | Street Address of Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Queens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from addresses listed above): | |

## INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☐ Individual          ☐ Railroad
☒ Corporation        ☐ Stockbroker
☐ Partnership        ☐ Commodity Broker
☐ Other _____

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business     ☒ Business

**Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed** (Check one box)
☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13
☐ Chapter 9   ☐ Chapter 12
☐ Sec. 304-Case ancillary to foreign proceeding

**Filing Fee** (Check one box)
☒ Full Filing Fee attached.
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101.
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (optional)

**Statistical/Administrative Information** (Estimates only)
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1,000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

THIS SPACE IS FOR COURT USE ONLY

FILED/RECEIVED
FEB 29 9 16 AM '00
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| VOLUNTARY PETITION<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Tower Air, Inc. | Form B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** *(If more than one, attach additional sheet)*

| Location Where Filed: | None | Case Number: | Date Filed: |
|---|---|---|---|

**Pending Bankruptcy Case Filed by Any Spouse, Partner, or Affiliate of this Debtor** *(If more than one, attach additional sheet)*

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

__Jay M. Goffman; Mark S. Chehi__
Printed Name of Attorney for Debtor(s)

__Skadden, Arps, Slate, Meagher & Flom LLP__
Firm Name

__One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636; and__
Address

__Four Times Square, New York, New York 10036__

__(302) 651-3000; and (212) 735-3000__
Telephone Number

__February 28, 2000__
Date

**EXHIBIT A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____  _____
Signature of Attorney for Debtor(s)       Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

__Morris K. Nachtomi__
Printed Name of Authorized Individual

__President, Chief Executive Officer and Chairman of the Board__
Title of Authorized Individual

__February 28, 2000__
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.