

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

CHARLES BROTSTEIN, REGINA KULA,
individually, and JOSEPH KULA, as the
spouse of REGINA KULA,

      Plaintiffs,

v.

TOWER AIR, INC.

      Defendant.

_____/

## MOTION TO BE EXCUSED FROM STATUS CONFERENCE
## IN VIEW OF DEFENDANT'S BANKRUPTCY PETITION

      Defendant, TOWER AIR, INC. (hereinafter referred to as "Defendant"), respectfully moves

this Court for the entry of an Order excusing the parties from attending the Status Conference

scheduled for June 14, 2000 in view of Defendant having filed a Petition under Chapter 11 of the

Bankruptcy Code. In support thereof, Defendant, TOWER AIR states:

      1.      On or about February 29, 2000, a Petition under Chapter 11 of the Bankruptcy Code

was filed on behalf of Defendant, TOWER AIR, in the United States Bankruptcy Court, District of

Delaware. Shortly thereafter, a copy of the Petition was filed with this Court. *See* Docket Entry No.

7.



      2.      Pursuant to Section 362(a)(1) of Title 11 of the Bankruptcy Code, the filing of the

Petition for Bankruptcy on behalf of Defendant, TOWER AIR, operates as an automatic stay of the

continuation of these proceedings against Defendant, TOWER AIR.

CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

3.    On April 27, 2000, this Court noticed this case for a Status Conference to take place on June 14, 2000. The Notice requires that the parties prepare and file a Joint Status Report and complete other forms prior to the Status Conference.

4.    In view of the pending bankruptcy proceedings of Defendant, TOWER AIR, it is respectfully requested that the parties be excused from attending the June 14, 2000 Status Conference and/or from filing any report and/or form in anticipation of same.

WHEREFORE, Defendant, TOWER AIR, INC., respectfully requests this Court to grant this Motion and enter the proposed Order attached hereto as Exhibit "1".

2

CASE NO.: 00-6123-CIV-GRAHAM/TURNOFF

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S.

mail this _30th_ day of May, 2000 to: Neil M. Gonzalez, Esq., Bernstein & Maryanoff, P.A., 8125

S.W. 120th Street, Miami, Florida 33156.

Christopher Carlsen, Esq.
CONDON & FORSYTH
Attorneys for Defendant
685 Third Avenue
Fourteenth Floor
New York, New York 10017
Tel.: (212) 490-9100

-and-

THORNTON, DAVIS & MURRAY, P. A.
Attorneys for Defendant
Suite 2900 - Brickell Bay View Centre
80 S.W. 8th Street
Miami, Florida 33130
Tel: (305) 446-2646
Fax: (305) 441-2374

By: _____
    ANA MARIA MARIN
    Florida Bar No. 823007
    MANUEL A. GURDIAN
    Florida Bar No. 162825

H:\Library\51647\plead\EXCUSE CONFERENCE MOT.wpd

3