UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6123-CIV-GRAHAM/TURNOFF

CHARLES BROTSTEIN, REGINA
KULA, individually, and
JOSEPH KULA, as the spouse
of REGINA KULA,

    Plaintiffs,

vs.

TOWER AIR, INC.,

    Defendant.
_____/

FILED by ___ D.C.
JUN - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS CAUSE** came before the Court upon Defendant's Motion to Be Excused from Status Conference in View of Defendant's Bankruptcy

THE COURT having reviewed the motion, the pertinent portions of the record and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED on its merits and for failure to state the position of the opposing party in accordance with the Local Rules.

**DONE AND ORDERED** at Miami, Florida, this _____ day of June, 2000.

DONALD L. GRAHAM
United States District Judge

cc: Neil M. Gonzalez, Esq.
    Ana Maria Marin, Esq.

