UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 00-6123-CIV-GRAHAM/TURNOFF

CHARLES BROTSTEIN, et al.,

     Plaintiff,

vs.

TOWER AIR, INC.,

     Defendant.

_____/



FILED by _____ D.C.

JUN 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this cause is appropriate pursuant to Local Rule 3.9.C as unnecessary duplication of judicial labor and effort due to lower-numbered Case No.: 99-7645-CIV-LENARD, and subject to the consent of the Honorable Joan A. Lenard, it is

**ORDERED AND ADJUDGED** that the above numbered cause be, and the same is, hereby transferred to the calendar of Judge Joan A. Lenard, for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _12th_ day of June, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the following case number, 00-6123-CIV-LENARD, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 14 day of June, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:  Neil Gonzalez, Esquire
     Ana Maria Marin, Esquire