UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6123-CIV-LENARD/TURNOFF

CHARLES BROTSTEIN, REGINA
KULA, individually, and JOSEPH KULA,
as the spouse of REGINA KULA,

    Plaintiff,

vs.

TOWER AIR, INC.,

    Defendant.
_____/



## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court sua sponte. On March 15, 2000, the Defendant, Tower Air, Inc. gave notice of filing its Petition under Chapter 11 of the Bankruptcy Code filed with the United States Bankruptcy Court, Case No. 00-1280, District of Delaware (D.E. #7). Pursuant to 11 U.S.C. 362, ALL PROCEEDINGS ARE STAYED IN THIS ACTION. It is therefore

**ORDERED AND ADJUDGED** that this case is **ADMINISTRATIVELY CLOSED** until such time as a discharge is granted or denied in U. S. District Court, Bankruptcy Case No. 00-1280, District of Delaware.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23 day of June, 2000.

                                              JOAN A. LENARD
                                              UNITED STATES DISTRICT JUDGE

Case No. 00-6123-CIV-LENARD/TURNOFF

cc:   U. S. Magistrate William C. Turnoff

Neil M. Gonzalez, Esq.
Bernstein & Maryanofff, P.A.
8125 S.w. 120th Street
Miami, FL 33156

Christopher Carlsen, Esq.
Condon & Forsyth
685 Third Avenue, 14th Floor
New York, NY 10017

Ana Maria Marin, Esq.
Thornton, Davis & Murray, P.A.
Suite 2900 - Brickell Bay View Centre
80 S.w. 8th Street
Miami, FL 33130