UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.: 00-6123-CIV-LENARD/TURNOFF

CHARLES BROTSTEIN, REGINA KULA,
individually, and JOSEPH KULA, as the
spouse of REGINA KULA,

    Plaintiffs,

v.

TOWER AIR, INC.

    Defendant.
_____/



FILED by ___ D.C.
JUL 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA.

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

Undersigned counsel hereby file this Stipulation for Substitution of Counsel, wherein with the client's consent, it is stipulated and agreed that ANA MARIA MARIN, ESQUIRE of the law firm of MURRAY, MARIN & HERMAN, P.A. shall be substituted as counsel of record for Defendant, TOWER AIR, INC., in place of the Law Offices of THORNTON, DAVIS & MURRAY, P.A.

| | |
|---|---|
| **THORNTON, DAVIS & MURRAY, P.A.** | **MURRAY, MARIN & HERMAN, P.A.** |
| Brickell BayView Centre | Douglas Centre |
| 80 S.W. 8th Street, Suite 2900 | 2600 Douglas Road |
| Miami, Florida 33133-3704 | Suite 711 |
| Tel: (305) 446-2646 | Miami, Florida 33134 |
| Fax: (305) 441-2374 | Tel: (305) 441-1180 |
| | Fax: (305) 441-1801 |
| By: _____ | By: _____ |
| BARRY L. DAVIS | ANA MARIA MARIN |
| Fla. Bar No. 294977 | Fla. Bar No. 823007 |

CASE NO.: 00-6123-CIV-LENARD/TURNOFF

### ORDER ON SUBSTITUTION OF COUNSEL

In consideration of the foregoing Stipulation and Consent, and the Court having heard no objection to the entry of an Order, it is hereupon:

ORDERED AND ADJUDGED that ANA MARIA MARIN, ESQUIRE of the law firm of MURRAY, MARIN & HERMAN, P.A. shall be substituted as counsel of record in this case in place of the Law Offices of THORNTON, DAVIS & MURRAY, P.A. Further, copies of all pleadings, motions, notices and other documents filed with the Court shall be directed to Ana Maria Marin, Esquire, of Murray, Marin & Herman, P.A., Douglas Centre, 2600 Douglas Road, Suite 711, Miami, Florida 33134.

DONE AND ORDERED in Chambers, at Miami, Florida, this 5 day of July, 2000.

DISTRICT COURT JUDGE

Copies furnished to:
all counsel of record