UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 00-6123-CIV-LENARD/TURNOFF

CHARLES BROTSTEIN, REGINA KULA,
individually, and JOSEPH KULA, as the spouse of
REGINA KULA,

    Plaintiffs,

v.

TOWER AIR, INC.

    Defendant.
_____



## NOTICE OF CHANGE OF ADDRESS

The undersigned counsel hereby files this Notice advising the Court and all parties in this action that effective September 22, 2003, their new address will be as follows:

MURRAY, MARIN & HERMAN, P.A.
255 Alhambra Circle
Suite 750
Coral Gables, FL 33134
Phone # (305) 441-1180
Fax # (305) 441-1801



CASE NO. 00-6123-CIV-LENARD/TURNOFF

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. mail this 18th day of September, 2003 to: Neil M. Gonzalez, Esq., Bernstein & Maryanoff, P.A., 8125 S.W. 120th Street, Miami, Florida 33156.

**MURRAY, MARIN & HERMAN, P.A.**
Attorneys for Defendant
Douglas Centre, Suite 711
2600 Douglas Road
Miami, FL 33134
Tel: (305) 441-1180
Fax: (305) 441-1801

By _____
ANA MARIA MARIN
Fla. Bar No. 823007

2

Murray, Marin & Herman, P.A., Attorneys at Law
DOUGLAS CENTRE, SUITE 711, 2600 DOUGLAS ROAD, MIAMI, FLORIDA 33134 · TELEPHONE (305) 441-1180